JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HUMPHREY,<br><br>        Petitioner,<br><br>  vs.<br><br>KEN CLARK, Warden,<br><br>        Respondent. | Case No. CV 09-4035-GAF (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: January 12, 2010

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE