JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HUMPHREY, <br> Petitioner, <br> vs. <br> R.T.C. GROUNDS, Warden, <br> Respondent. | Case No. CV 09-4035-GAF (DTB) <br><br> **J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 15, 2014

*Gary Feess* (signature)

GARY A. FEESS
UNITED STATES DISTRICT JUDGE

**JS-6**

1